DANNY WAN (CSBN 168323)
PORT ATTORNEY
JOSHUA SAFRAN (CSBN 215462)
DEPUTY PORT ATTORNEY
PORT OF OAKLAND
530 Water Street, 4th Floor
Oakland, California 94607
Telephone: (510) 627-1572

PAUL S. JASPER (CSBN 200138)
TODD B. HOLVICK (CSBN 257784)
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, California 94108-2736
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Defendant City of Oakland,
a municipal corporation acting by and
through its Board of Port Commissioners

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CMC Food Services, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>City of Oakland, California, acting by and through its Board of Port Commissioners,<br><br>　　　　Defendants. | CASE NO. 14-3871<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES AND CONTINUE HEARING ON MOTIONS; ORDER THEREON**<br><br>Complaint Filed: August 26, 2014<br>Trial Date:　None set |

PHDATA 5156108_1

STIPULATION TO EXTEND BRIEFING DEADLINES AND CONTINUE HEARING ON MOTIONS

Pursuant to Civil Local Rules 6-2 and 7-7, Defendant City of Oakland, a Municipal Corporation, acting by and through its Board of Port Commissioners (the "Port"), on the one hand, and Plaintiff CMC Food Services, LLC ("CMC" and collectively, the "Parties"), on the other, hereby stipulate and agree to the following:

1. On November 10, 2014, the Port filed its (1) Motion to Dismiss Based on *Pullman* Abstention or, Alternatively, to Stay All Causes of Action Based on *Colorado River* Abstention (the "Abstention Motion"), and (2) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted (FRCP 12(B)(6)) (the "12(b)(6) Motion" and collectively, the "Motions"), and set hearings on both Motions for December 18, 2014 at 1:30 p.m.

2. Under Local Rule 7-3(a) & (c), the current deadlines for CMC's opposition briefs to the Abstention Motion and the 12(b)(6) Motion and the Port's reply briefs thereto are November 24, 2014 and December 1, 2014, respectively.

3. Subject to approval of the Court, the Parties have agreed to modify the existing briefing schedule for the Motions as set forth in this Stipulation and to continue the December 18, 2014 hearing date on the Motions. The Parties seek entry of an order continuing the hearing on the Motions and modifying the briefing deadlines for the following reasons:

   a. Both of the Motions are potentially dispositive of some or all of the claims for relief at issue and the Parties seek additional time to brief the legal issues raised by the Motions.

   b. The current briefing schedule will require the Parties to spend substantial time researching and briefing the legal issues over the Thanksgiving holiday.

   c. The Parties are currently engaged in settlement discussions and desire a short continuance to explore whether a settlement could moot the Motions.

4. There has been no previous continuance of the Motions or modifications to the respective briefing schedules.

5. The proposed continuance of the hearing date and modified briefing schedule will extend the deadline for opposition briefs to the Motions from November 24, 2019 to December

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

9, 2014 and the deadline for reply briefs from December 1, 2015 to December 31, 2014.  The proposed continuance of the hearing date from December 18, 2014 to January 15, 2015 would leave 15 days between the date replies are due and the date of the hearing.

    6.    Accordingly, the Parties stipulate as follows, subject to approval by the Court:

Terms of Stipulation

1. The hearing date for both the Abstention Motion and the 12(b)(6) Motion shall be continued to January 15, 2015 at 1:30 p.m..
2. CMC's opposition briefs to the Abstention Motion and the 12(b)(6) Motion shall be filed no later than Tuesday, December 9, 2014.
3. The Port's reply briefs shall be filed no later than Wednesday, December 31, 2014.

Date: November 20, 2014    SCHNADER HARRISON SEGAL & LEWIS LLP

*/s/ Paul S. Jasper*
Paul S. Jasper
Attorneys for Defendant City of Oakland, acting through its Board of Port Commissioners

Date: November 20, 2014    AMIRA JACKMON, ATTORNEY AT LAW

*/s/ Amira Jackmon*
Amira Jackmon
Attorney for Plaintiff CMC Food Services, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/20/14

By: _____
HON. RICHARD SEEBORG
District Court Judge

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

2

PHDATA 5156108_1

STIPULATION TO EXTEND BRIEFING DEADLINES AND CONTINUE HEARING ON MOTIONS