DANNY WAN (CSBN 168323)
PORT ATTORNEY
JOSHUA SAFRAN (CSBN 215462)
DEPUTY PORT ATTORNEY
PORT OF OAKLAND
530 Water Street, 4th Floor
Oakland, California  94607
Telephone: (510) 627-1572

PAUL S. JASPER (CSBN 200138)
TODD B. HOLVICK (CSBN 257784)
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, California  94108-2736
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Defendant City of Oakland,
a municipal corporation acting by and
through its Board of Port Commissioners

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CMC Food Services, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Oakland, California, acting by and<br>through its Board of Port Commissioners,<br><br>    Defendants. | CASE NO. 14-3871<br><br>**SECOND STIPULATION TO EXTEND BRIEFING DEADLINES AND CONTINUE HEARING  ON MOTIONS; ORDER THEREON**<br><br>Complaint Filed:  August 26, 2014<br>Trial Date:   None set |

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA  94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

1   Pursuant to Civil Local Rules 6-2 and 7-7, Defendant City of Oakland, a Municipal

2   Corporation, acting by and through its Board of Port Commissioners (the "Port"), on the one

3   hand, and Plaintiff CMC Food Services, LLC ("CMC" and collectively, the "Parties"), on the

4   other, hereby stipulate and agree to the following:

5   1.   On November 10, 2014, the Port filed its (1) Motion to Dismiss Based on

6   *Pullman* Abstention or, Alternatively, to Stay All Causes of Action Based on *Colorado River*

7   Abstention (the "Abstention Motion"), and (2) Motion to Dismiss for Failure to State a Claim

8   Upon Which Relief Can be Granted (FRCP 12(B)(6)) (the "12(b)(6) Motion" and collectively,

9   the "Motions"), and set hearings on both Motions for December 18, 2014 at 1:30 p.m.

10   2.   Under Local Rule 7-3(a) & (c), the initial deadlines for CMC's opposition briefs

11   to the Abstention Motion and the 12(b)(6) Motion and the Port's reply briefs thereto were

12   November 24, 2014 and December 1, 2014, respectively.

13   3.   On November 20, 2014, the Court entered an order approving the Parties'

14   stipulation to modify the briefing schedule and continue the hearing on the Motions (the

15   "Stipulated Order").  The Stipulated Order extended the deadline for opposition briefs to the

16   Motions from November 24, 2014 to December 9, 2014 and the deadline for reply briefs from

17   December 1, 2014 to December 31, 2014, and continued the hearing date from December 18,

18   2014 to January 15, 2015.  The continuance and modified briefing schedule were sought, in part,

19   so that the parties could explore a potential settlement of this action.

20   4.   Subject to approval of the Court, the Parties have agreed to further modify the

21   existing briefing schedule for the Motions as set forth in this Stipulation and to further continue

22   the hearing on the Motions.  The Parties seek entry of an order further continuing the hearing on

23   the Motions and modifying the briefing deadlines because the parties are currently engaged in

24   settlement discussions and desire additional time to explore a potential settlement which could

25   moot the pending Motions.

26   5.   The proposed continuance of the hearing date and modified briefing schedule will

27   extend the deadline for opposition briefs to the Motions from December 9, 2014 to December 16,

28   2014 and the deadline for reply briefs from December 31, 2014 to January 14, 2015.  The

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA  94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

1  proposed continuance of the hearing date from January 15, 2015 to January 29, 2015 would

2  leave fifteen (15) days between the date replies are due and the date of the hearing.

      6.    Accordingly, the Parties stipulate as follows, subject to approval by the Court:

4  Terms of Stipulation

5      1.  The hearing date for both the Abstention Motion and the 12(b)(6) Motion shall be

6          continued to January 29, 2015 at 1:30 p.m.

7      2.  CMC's opposition briefs to the Abstention Motion and the 12(b)(6) Motion shall be

8          filed no later than Tuesday, December 16, 2014.

9      3.  The Port's reply briefs shall be filed no later than Wednesday, January 14, 2015.

Date:  December 4, 2014          SCHNADER HARRISON SEGAL & LEWIS LLP

 

_/s/ Paul S. Jasper_
Paul S. Jasper
Attorneys for Defendant City of Oakland, acting
through its Board of Port Commissioners

Date:  December 4, 2014          AMIRA JACKMON, ATTORNEY AT LAW

 

_/s/ Amira Jackmon_
Amira Jackmon
Attorney for Plaintiff CMC Food Services, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _12/4/14_

By: _____
HON. RICHARD SEEBORG
District Court Judge

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

PHDATA 5166101_1

SECOND STIPULATION TO EXTEND BRIEFING DEADLINES AND CONTINUE HEARING ON MOTIONS