1  DANNY WAN (CSBN 168323)
   PORT ATTORNEY
2  JOSHUA SAFRAN (CSBN 215462)
   DEPUTY PORT ATTORNEY
3  PORT OF OAKLAND
   530 Water Street, 4th Floor
4  Oakland, California 94607
   Telephone: (510) 627-1572
5
   PAUL S. JASPER (CSBN 200138)
6  TODD B. HOLVICK (CSBN 257784)
   SCHNADER HARRISON SEGAL & LEWIS LLP
7  650 California Street, 19th Floor
   San Francisco, California 94108-2736
8  Telephone: 415-364-6700
   Facsimile: 415-364-6785
9
   Attorneys for Defendant City of Oakland,
10 a municipal corporation acting by and
   through its Board of Port Commissioners

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  CMC Food Services, LLC, | CASE NO. 14-3871 |
| 17       Plaintiff, | ORDER<br>**STIPULATION TO STAY ACTION (AS MODIFIED BY THE COURT)** |
| 18  vs. | |
| 19  City of Oakland, California, acting by and | Complaint Filed: August 26, 2014<br>Trial Date: None set |
| 20  through its Board of Port Commissioners, | |
| 21       Defendants. | |

22
23
24
25
26
27
28

STIPULATION TO STAY ACTION

Defendant City of Oakland, a Municipal Corporation, acting by and through its Board of Port Commissioners (the "Port"), and Plaintiff CMC Food Services, LLC ("CMC" and collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 10, 2014, the Port filed its (1) Motion to Dismiss Based on *Pullman* Abstention or, Alternatively, to Stay All Causes of Action Based on *Colorado River* Abstention (the "Abstention/Stay Motion"), and (2) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted (FRCP 12(B)(6)) (the "12(b)(6) Motion").

2. As discussed in the Abstention/Stay Motion, there is a related state court action involving the Parties pending in the Superior Court of the State of California, County of Alameda, captioned *CMC Food Services LLC and NNF Grewal, Inc. v. Port of Oakland, California*, Case No. RG13685134 (the "State Court Action").

3. Subject to approval of the Court, the Parties have agreed that this lawsuit should be stayed pending entry of a final, non-appealable order in the State Court Action.

4. Accordingly, the Parties stipulate as follows, subject to approval by the Court:

### Terms of Stipulation

1. This action is stayed, pending entry of a final, non-appealable order in the State Court Action.

2. All pending deadlines and hearing dates in this action will be removed from the Court's calendar, and rescheduled upon lifting of the stay, as provided herein.

3. Upon entry of a final, non-appealable judgment or dismissal concerning all pending claims in the State Court Action, either Party may file a written request with this Court to lift the stay, with written notice to the other Party, and schedule a hearing thereon in conformance with the notice requirements of the Federal Rules of Civil Procedure and applicable local rules of the Court.

4. In the event that the stay is lifted, the Parties shall make a good faith effort to agree on a rescheduled hearing date for the 12(b)(6) motion and to set mutually-agreeable deadlines for filing an opposition brief and reply brief to the 12(b)(6) Motion. Should the Parties be unable to reach an agreement for the continued hearing date, either Party

1

may file a motion with the Court to set a continued hearing date for the 12(b)(6) Motion and to set applicable deadlines for the filing of any opposition and reply thereto.

5. Parties shall file with the Court an update on the State Court Action six months from the date of this order.

Date: December 16, 2014        SCHNADER HARRISON SEGAL & LEWIS LLP

*/s/ Paul S. Jasper*
Paul S. Jasper
Attorneys for Defendant City of Oakland, acting through its Board of Port Commissioners

Date: December 16, 2014        AMIRA JACKMON, ATTORNEY AT LAW

*/s/Amira Jackmon*
Amira Jackmon
Attorney for Plaintiff CMC Food Services, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/16/14

By: _____
HON. RICHARD SEEBORG
District Court Judge

2
STIPULATION TO STAY ACTION