UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMC FOOD SERVICES, LLC,<br>          Plaintiff,<br>     v.<br>CITY OF OAKLAND,<br>          Defendant. | Case No. 14-cv-03871-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by May 9, 2016. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 12, 2016, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: March 29, 2016

_____
Richard Seeborg
United States District Judge